IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

          Plaintiffs            Case No.  3:14-CR-159

-vs-            Judge Thomas M. Rose

CURTIS COWEN, JR.

          Defendant

---

**ENTRY AND ORDER DENYING DEFENDANT'S MOTION
FOR REVIEW OF DETENTION ORDER (DOC. #26)**

---

This matter comes before the Court pursuant to Defendant's Unopposed Motion for Review of Detention Order pursuant to 18 U.S.C. §3145(b) (Doc. #26) and his Memorandum in Support of Release (Doc. #33).  In considering this Motion, the Court has also reviewed correspondence from Defendant's supporters and his pretrial service report.

In a review of Defendant's Motions, the Court cannot find by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released.  The Court's determination was based upon Defendant's criminal history, including offenses of violence and drugs.  In review of that history Defendant has convictions that have resulted in lengthy terms of incarceration.  In spite of said incarceration, the instant offenses arose while on active parole.

Although the Court appreciates the support offered by Defendant's family and friends, this Court based upon all factors finds there is no condition or combination of conditions that would reasonably assure the appearance of the Defendant and secure the safety of another person and the

community.

Defendant's Motion for Review of Detention Order (Doc. #26) is DENIED.

IT IS SO ORDERED.

January 20, 2014                               *s/Thomas M. Rose

                                               _____
                                               Thomas M. Rose, Judge
                                               United States District Court